UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 1:06:CR:229

v.

                                             HON. GORDON J. QUIST

JUAN REYES-ESPIRITU,

      Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 27, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Juan Reyes-Espiritu's plea of guilty to Count One of the Indictment is accepted. Defendant Juan Reyes-Espiritu is adjudicated guilty.

3. Defendant Juan Reyes-Espiritu shall be detained pending sentencing.


Dated: November 13, 2006                                        /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE